**Gertrude GOGGIN, Respondent,**

v.

**BI–STATE DEVELOPMENT AGENCY, Appellant.**

No. 45123.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 21, 1982.

Motion for Rehearing and/or Transfer Denied Nov. 19, 1982.

Application to Transfer Denied Jan. 17, 1983.

W. Morris Taylor, Clayton, for appellant.

Kenneth F. Teasdale, St. Louis, for respondent.

ORDER

PER CURIAM:

Bi-State Development Agency appeals from a judgment of the Circuit Court of St. Louis County rendered upon a jury verdict of $50,000 in favor of plaintiff. The evidence in support of the jury verdict being sufficient and no error of law appearing, the judgment of the trial court is affirmed in compliance with Rule 84.16(b).